UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER BARKER,

    Plaintiff,

v.

LEGAL SEA FOODS, LLC,

    Defendant.

Civil Action No. 1:15-cv-11573-IT

## JOINT STIPULATION TO STAY ACTION
## IN LIGHT OF MANDATORY DISPUTE RESOLUTION PROCESS

Plaintiff Peter Barker and Defendant Legal Sea Foods, LLC ("Legal Sea Foods")

respectfully request and stipulate that this Court stay this action. The parties agree that any claim

asserted by Plaintiff is subject to the mandatory Dispute Resolution Policy and DRP Manual

incorporated into the Agreement to Arbitrate which Plaintiff executed on June 24, 2008 (all of

which were attached to Legal Sea Foods' Motion to Compel Arbitration filed with the Court on

May 12, 2015). The parties request that this Court Order that the parties submit Plaintiff's

claims to mediation and, if not resolved at mediation, then to arbitration in accordance with the

Agreement to Arbitrate.

So ordered.

_____
District Judge

5/22/15